UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
     v.                             )    2:11-CR-271-KJD-CWH
                                    )
LEE FRANK WILSON,                   )
                                    )
            Defendant.              )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on March 12, 2012, defendant LEE FRANK WILSON pled guilty to a Criminal Indictment charging him with Unlawful Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Docket #1, #49.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant LEE FRANK WILSON pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (a)    a Chinese, 7.62x39 caliber rifle, serial # 8901555; and

    (b)    any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

. . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
2 LEE FRANK WILSON in the aforementioned property is forfeited and is vested in the United States
3 of America and shall be safely held by the United States of America until further order of the Court.
4  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
5 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
6 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
7 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
8 the name and contact information for the government attorney to be served with the petition,
9 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
11 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
12  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
13 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
14 following address at the time of filing:

15       Michael A. Humphreys
         Assistant United States Attorney
16       Daniel D. Hollingsworth
         Assistant United States Attorney
17       Lloyd D. George United States Courthouse
         333 Las Vegas Boulevard South, Suite 5000
18       Las Vegas, Nevada 89101.

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
20 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
21 following publication of notice of seizure and intent to administratively forfeit the above-described
22 property.
23  DATED this __15__ day of ___March_____, 2012.

UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing (proposed) Preliminary Order of Forfeiture on March 14, 2012, by the below identified method of service:

<u>CM/ECF</u>:

Jonathan Sussman
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Email: Jonathan_Sussman@fd.org
Counsel for Defendant Lee Frank Wilson

Monique N. Kirtley
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Monique_Kirtley@fd.org
Counsel for Defendant Lee Frank Wilson

Rachel M. Korenblat
Federal Public Defender
411 E. Bonneville Ave Suite 250
Las Vegas, NV 89101
Email: rachel_korenblat@fd.org
Counsel for Defendant Lee Frank Wilson

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal