

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>LEE FRANK WILSON, aka<br>LEE MACK<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   2:11-CR-271-KJD-(CWH)<br>)<br>)<br>)<br>)<br>) |

## FINAL ORDER OF FORFEITURE

On March 15, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant LEE FRANK WILSON, aka Lee Mack, to a criminal offense, forfeiting specific property alleged in the Criminal Indictment, and shown by the United States to have the requisite nexus to the offense to which defendant LEE FRANK WILSON, aka Lee Mack, pled guilty. Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No.49; Preliminary Order of Forfeiture, ECF No. 55.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 29, 2012, through April 27, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 56.

1      This Court finds no petitions were filed herein by or on behalf of any person or entity and the

2 time for filing such petitions and claims has expired.

3      This Court finds no petitions are pending with regard to the assets named herein and the time

4 for presenting such petitions has expired.

5      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United

7 States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title

8 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title

9 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

10      1. an SKS Chinese, 7.62x39 caliber rifle, serial # 8901555; and

11      2. any and all ammunition.

12      The Clerk is hereby directed to send copies of this Order to all counsel of record and three

13 certified copies to the United States Attorney's Office.

14      DATED this _____ day of _____, 2012.

15

16                  _____

17                  UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26